LAWRENCE J. SEMENZA, III, ESQ., Bar No. 7174
E-mail: ljs@skrlawyers.com
CHRISTOPHER D. KIRCHER, ESQ., Bar No. 11176
Email: cdk@skrlawyers.com
JARROD L. RICKARD, ESQ., Bar No. 10203
Email: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorney for Defendant*
TOWN CENTER AMUSEMENTS, INC. D/B/A
BARLEY'S CASINO & BREWING CO.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REGINA YOUNG, an individual; | **CASE NO. 2:17-CV-02370-JCM-GWF** |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| STATION CASINOS LLC, a Nevada Limited Liability Company d/b/a BARLEY'S CASINO & BREWING CO.; RED ROCK RESORTS, INC., a Delaware Corporation dba BARLEY'S CASINO & BREWING CO., | |
| Defendants. | |

Defendant Town Center Amusements, Inc. d/b/a Barley's Casino & Brewing Company ("Defendant") and Plaintiff Regina Young ("Plaintiff"), by and through their respective counsels of record, submit this stipulation to extend the time for Defendant to file its response to Plaintiff's Complaint. This request is prompted by the parties' desire to engage in meaningful settlement discussions, without necessitating what may prove to be unnecessary legal fees.

///

///

1

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

Therefore, the parties stipulate that Defendant shall have until October 24, 2017, to file its responsive pleading to Plaintiff's Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure.

DATED this 2nd day of October 2017.

SEMENZA KIRCHER RICKARD

*/s/ Lawrence J. Semenza, III*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Christopher D. Kircher, Esq., Bar No. 11176
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorney for Defendant*
*TOWN CENTER AMUSEMENTS, INC. D/B/A BARLEY'S CASINO & BREWING CO.*

LAW OFFICES OF MICHAEL P. BALABAN

*/s/ Michael P. Balaban*
Michael P. Balaban, Bar No. 9370
10726 Del Rudini Street
Las Vegas, NV 89141

*Attorney for Plaintiff Regina Young*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10/03/2017

2