# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REGINA YOUNG,

    Plaintiff(s),

vs.

STATION CASINOS LLC, a Nevada Limited Liability Company dba BARLEY'S CASINO & BREWING CO.

    Defendant(s).

Case # 2:17-cv-02370-JCM-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    __John E. Fitzsimmons__, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

__DLA Piper LLP (US)__
(firm name)

with offices at __401 B Street, Suite 1700__,
(street address)

__San Diego__, __California__, __92101__,
(city)     (state)     (zip code)

__619.699.2700__, __john.fitzsimmons@dlapiper.com__.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Station Casinos LLC__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____6/7/1996_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| Southern District, California | 7/16/1996 | 182467 |
| Central District, California | 2/23/2001 | 182467 |
| Eastern District, California | 11/5/2003 | 182467 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association; San Diego Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| December 23, 2014 | Leaper v. NP Red Rock LLC | USDC, District of Nevada | Granted |
| April 27, 2016 | Jicha v. NP Texas, LLC | USDC, District of Nevada | Granted |
| May 2, 2016 | Lowe v. Station GVR Acquisition LLC | USDC, District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

| | |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF ____California____ )
)
COUNTY OF ____San Diego____ )

____John E. Fitzsimmons____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Lawrence J. Semenza, III,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Semenza Kircher Rickard, 10161 Park Run Drive, Suite 150,
(street address)

Las Vegas, Nevada, 89145,
(city) (state) (zip code)

702-853-6803, ljs@skrlawyers.com.
(area code + telephone number) (Email address)

4

Rev. 5/16

A notary public or other office completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA              )
                                 ) ss.
COUNTY OF SAN DIEGO              )

Subscribed and sworn to (or affirmed) before me on June 31, 2017, by **John E. Fitzsimmons,** proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*Bonnie K. Lott*

Bonnie K. Lott, Notary Public

BONNIE K. LOTT
Commission No. 2051249
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires January 5, 2018

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Lawrence J. Semenza, III as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*[signature: Jeremy Hilsabeck]*
(party's signature)

Jeremy Hilsabeck, Vice President and Associate General Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*[signature]*

Designated Resident Nevada Counsel's signature

7174                    ljs@skrlawyers.com
Bar number              Email address

APPROVED:

Dated: December 11, 2017.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

November 16, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN EDWARD FITZSIMMONS, #182467 was admitted to the practice of law in this state by the Supreme Court of California on June 7, 1996; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records