LAWRENCE J. SEMENZA, III, ESQ., Bar No. 7174
Email: ljs@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

JOHN E. FITZSIMMONS (*Pro Hac Vice Application Granted*)
john.fitzsimmons@dlapiper.com
KEVIN D. HARLOW (*Pro Hac Vice Application Granted*)
kevin.harlow@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101
Telephone: 619.699.2700
Facsimile: 619.699.2701

Attorneys for Defendants
TOWN CENTER AMUSEMENTS, INC.,
STATION CASINOS LLC, AND
RED ROCK RESORTS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REGINA YOUNG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOWN CENTER AMUSEMENTS, INC., a Nevada Limited Liability Company dba BARLEY'S CASINO & BREWING CO.; STATION CASINOS LLC, a Nevada Limited Liability Company dba BARLEY'S CASINO & BREWING CO.; RED ROCK RESORTS, INC., a Delaware Corporation dba BARLEY'S CASINO & BREWING CO.,<br><br>　　　　Defendants. | Case No. 2:17-cv-02370-JCM-GWF<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE DEADLINES** |

1

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

COMES NOW, Plaintiff, named above, by and through her counsel of record, MICHAEL P. BALABAN, ESQ., and Defendant, named above, by and through their counsels of record, KEVIN D. HARLOW, ESQ. and LAWRENCE J. SEMENZA, III, ESQ., hereby provide notice that the Parties have reached an agreement in principle to settle this matter, and are in the process of finalizing a settlement agreement. However, due to the 21-day consideration and 7-day revocation periods required by the Age Discrimination in Employment Act and Older Workers' Benefits Protection Act, it is unlikely that the parties will have an enforceable settlement agreement in advance of the dispositive motion deadline currently set for July 23, 2018. Accordingly, the parties jointly stipulate and request that all pending deadlines in this matter be continued so that neither party is prejudiced in the unlikely event that the parties are unable to finalize a settlement agreement. The parties will file a status update no later than July 31, 2018, unless a dismissal is filed before that time.

Dated: July 9, 2018

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
Michael P. Balaban, Esq.
10726 Del Rudini St.
Las Vegas, NV 89141
Attorney for Plaintiff

Dated: July 9, 2018

SEMENZA KIRCHER RICKARD

/s/ Lawrence J. Semenza, III
Lawrence J. Semenza, III, Esq., Bar No. 7174
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

DLA PIPER LLP (US)

/s/ Kevin D. Harlow
Kevin D. Harlow, Esq.
401 B Street, Suite 1700
San Diego, CA 92101
Attorney for Defendant

Dated: July 12, 2018.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

2